RECEIVED
IN ALEXANDRIA, LA.

JUL 17 2013

TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

JASON WADE FLANAGAN                DOCKET NO. 13-CV-543; SEC. P

VERSUS                             JUDGE JAMES T. TRIMBLE, JR.

M.D. CARVAJAL                      MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED** as it plainly appears from the petition and attached exhibits that the petitioner is not entitled to relief.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 17th day of July, 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT